This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports.  Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions.  Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

No. A-1-CA-40368

**LA ENTRADA A LAS ESTRELLA, LLP,**
**a New Mexico limited liability partnership,**

Plaintiff,

v.

**GROUP I:**
**EDWARD H. SHAFFER; DOROTHY E.**
**SHAFFER a/k/a DOROTHY SHAFFER;**
**EDWARD D. SHAFFER; NANCY M.**
**SHAFFER; MARGARET S. SHAFFER;**
**PATRICIA E. SHAFFER; and ROBERT P.**
**D'ALESSANDRO and SARA H.**
**D'ALESSANDRO, Husband and Wife;**
**NANCY M. SHAFFER, as Personal**
**Representative of the Estate of George R.**
**Shaffer;**

**GROUP II:**
**RONALD W. GURULE, as Trustee for the**
**Ronald W. Gurule Family Trust (2013);**
**JERRY H. ELLER and PAULA V. ELLER,**
**Husband and Wife; CHARLENE GONZALES;**
**INVESTMENT RESOURCES, LLC;**

**GROUP III:**
**ALL UNKNOWN CLAIMANTS OF INTEREST**
**ADVERSE TO THE INTEREST OF PLAINTIFF;**

**GROUP IV:**
**DANIEL T. SANCHEZ;**

**GROUP V:**
**ZIA TRUST INC., as Custodian for Ross**
**Sanchez IRA,**

Defendants,

_____

**DANIEL T. SANCHEZ,**

Third-Party Plaintiff,

v.

**ROSS SANCHEZ, ROSS SANCHEZ IRA,
and LAS ACEQUIAS DE PLACITAS,**

Third-Party Defendants,

_____

**IN RE LOUIS PUCCINI, JR., ESQ.,**

Attorney-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SANDOVAL COUNTY
George P. Eichwald, District Judge**

Brant & Hunt, Attorneys
John M. Brant
Albuquerque, NM

Robert D. Gorman, P.A.
Robert D. Gorman
Albuquerque, NM

for Appellant

**MEMORANDUM OPINION**

**BOGARDUS, Judge.**

**{1}** Summary reversal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary reversal has been filed, and the time for doing so has expired. **REVERSED.**

**{2}     IT IS SO ORDERED.**

**KRISTINA BOGARDUS, Judge**

**WE CONCUR:**

**JACQUELINE R. MEDINA, Judge**

**SHAMMARA H. HENDERSON, Judge**